# Order

Michigan Supreme Court
Lansing, Michigan

July 25, 2011

Robert P. Young, Jr.,
Chief Justice

142491

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 142491
COA: 300849
Wayne CC: 81-003269-FC

JOHNNY SPICER,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the November 24, 2010 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 25, 2011

_____
Clerk

t0718